IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLEVE TRIMBLE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SCHUELE, an individual;<br><br>Defendant. | 4:24CV3020<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 14). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 29th day of August, 2024.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge